UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------x

Nickie Kane,
Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and CITY OF NEW YORK,
Defendants.

----------------------------------------------------x

Case No.: __________

PROPOSED PRELIMINARY INJUNCTION ORDER

Upon Plaintiff's Motion for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65, the Court having considered the submissions and the record, and having found that Plaintiff has demonstrated a likelihood of success on the merits of her claims under Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and the Fair Housing Act, and that Plaintiff will suffer irreparable harm absent injunctive relief, it is hereby:

ORDERED

1. Meaningful Access to Housing Programs.
   Defendants New York City Department of Social Services and the City of New York shall immediately provide Plaintiff with meaningful, nondiscriminatory access to CityFHEPS and Section 8 housing services, consistent with ADA Title II and Section 504 of the Rehabilitation Act.
2. Reasonable Accommodations.
   Defendants shall provide all reasonable accommodations necessary to ensure Plaintiff's equal participation in housing programs, including but not limited to accessible communication, continuity of case management, timely responses, and assistance tailored to Plaintiff's disability-related needs.
3. Designated Case Management.
   Within five (5) business days, Defendants shall assign Plaintiff a single identified case manager and a supervisory contact, provide their direct contact information, and ensure continuity of services.
4. Accessible and Timely Communication.
   Defendants shall ensure that Plaintiff's calls and written communications are acknowledged and responded to within two (2) business days, unless a different timeframe is provided as a reasonable accommodation.
5. Completion of Housing Process Steps.
   Defendants shall promptly complete and oversee all required steps for Plaintiff's housing placement, including inspections, documentation, approvals, and delivery of rental assistance payments, without imposing additional burdens on Plaintiff.

6. Service Animal Accommodation.
   Defendants shall fully recognize and accommodate Plaintiff's service animal and shall not delay, deny, or condition housing services on the presence or use of a service animal.
7. Contractor Oversight and Safety Review.
   Defendants shall immediately review the conduct of any contracted provider involved in Plaintiff's case, assess prior placements that posed safety risks, and take corrective action to ensure Plaintiff's safe access to housing.
8. Non-Retaliation.
   Defendants are enjoined from retaliating against Plaintiff for requesting accommodations, filing complaints, or pursuing this action.
9. Training and Compliance.
   Defendants shall ensure that all personnel and contractors interacting with Plaintiff are informed of and comply with ADA, Rehabilitation Act, and Fair Housing Act obligations, including reasonable accommodation and nondiscrimination requirements.
10. Compliance Report.
    Within fourteen (14) days of this Order, Defendants shall file a written compliance report with the Court detailing all actions taken to comply with this Order.
11. Duration.
    This Preliminary Injunction shall remain in effect pending final adjudication of this action or further order of the Court.
12. Bond.
    The Court waives any bond requirement pursuant to Rule 65(c).

SO ORDERED.

Dated: 1-16-24
Brooklyn, New York

UNITED STATES DISTRICT JUDGE