UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

Nickie Kane,
Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and
CITY OF NEW YORK,
Defendants.

--------------------------------------------------------x

Case No.: 26-cv-00273 (RER)(SDE)

PROPOSED ENFORCEMENT MECHANISM

If Defendants fail to comply with any provision of the Preliminary Injunction Order, the Court shall retain jurisdiction to enforce compliance, and Plaintiff may seek expedited relief, including:

1. An order to show cause why Defendants should not be held in contempt;
2. Appointment of a Court-designated compliance liaison;
3. Additional injunctive measures necessary to secure compliance;
4. Reasonable attorneys' fees and costs incurred in enforcement, where permitted by law.

Defendants shall be deemed on notice that continued noncompliance may result in further judicial supervision.